# IN THE SUPREME COURT OF THE STATE OF NEVADA

VITALY SCHERBO,
                    Appellant,
          vs.
TATIANA GUTSU,
                    Respondent.

No. 75537

**FILED**

AUG 1 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. James Crockett, District Judge
        Nehme-Tomalka & Associates
        Nersesian & Sankiewicz
        Eighth District Court Clerk

18-30811